Georges H. Nahitchevansky (GN 7750)
James D. Weinberger (JW 1819)
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, New York 10017
(212) 813-5900 (phone)
(212) 813-5901 (fax)

*Counsel for Plaintiffs Pearson Education, Inc.
and John Wiley & Sons, Inc. and Thomson
Learning Inc.*


10/26/05

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PEARSON EDUCATION, INC., JOHN WILEY & SONS, INC. and THOMSON LEARNING INC.,<br><br>                Plaintiffs,<br><br>v.<br><br>WALBOOKS, INC., ANIL K. SHARMA, NISHANT SAGAR, ARJUN SAGAR, "SAMANTHA" and DOES 2-5.<br><br>                Defendants. | Case No. 05 CV 262 (Sweet, J.)<br><br>**DEFAULT JUDGMENT AS TO DEFENDANTS WALBOOKS, INC., ANIL K. SHARMA, NISHANT SAGAR, ARJUN SAGAR and "SAMANTHA"** |

This action having been commenced on January 11, 2005 by the filing of the Summons and Complaint against defendant Anil K. Sharma d/b/a Walbooks, Inc., and a copy of the Summons and Complaint having been duly served on defendant Anil K. Sharma; an Amended Compaint having been filed on May 6, 2005 against defendants Walbooks, Inc., Anil K. Sharma, Nishant Sagar, Arjun Sagar, "Samantha," and Does 2-5, and a copy of the Amended Complaint having been duly served on defendants Walbooks, Inc., Anil K. Sharma, Nishant Sagar, Arjun Sagar and "Samantha;" and it having been established that defendants Walbooks, Inc., Anil K. Sharma, Nishant Sagar, Arjun Sagar and "Samantha" have not timely answered or made any motion with respect to the Complaint and Amended Complaint herein;

NOW, THEREFORE, upon reading the attached affidavits of Georges H. Nahitchevansky and James D. Weinberger, sworn to on August 17, 2005, the attached declarations of Richard Essig, Lisa Saurez and Mary Rogren, executed on August 15, 2005, July 26, 2005 and August 15, 2005, respectively, and the certificate of J. Michael McMahon, Clerk of the Court, United States District Court for the Southern District of New York, noting the default of the above-named defendants for failure to answer or plead on the above-captioned action, it is

ORDERED, ADJUDGED AND DECREED that defendants Walbooks, Inc., Anil K. Sharma, Nishant Sagar, Arjun Sagar and "Samantha," their employees, agents, licensees, attorneys, successors-in-title, affiliates, and assigns, and all those in active concert and participation with any of them, shall immediately and permanently cease and desist from infringing Plaintiffs' Marks and/or other marks owned by Plaintiffs, from falsely designating the origin, sponsorship or affiliation of their business, goods or services, from infringing Plaintiffs' copyright rights in Plaintiffs' Works, from unlawfully importing international editions of Plaintiffs' Works into the United States, from unfairly competing with Plaintiffs, from engaging in deceptive trade practices, and specifically from:

(a) Importing, promoting and selling in the United States non-US versions of Plaintiffs Works;

(b) Imitating, copying, broadcasting, using, distributing, reproducing, displaying or authorizing any third party to imitate, copy, broadcast, use, distribute, reproduce or display any work, including works that are substantially similar to Plaintiffs' Works, or any one of them, in any form or medium;

(c) Using any symbols or elements or depictions which are confusingly similar to Plaintiffs' Marks in any form or medium, in connection with any goods or services;

2

(d) Making or displaying any statement or representation that is likely to lead the public or the trade to believe that Defendants' goods and services are in any manner associated or affiliated with or approved, endorsed, licensed, sponsored, authorized or franchised by or are otherwise connected with Plaintiffs;

(e) Engaging in any other activity constituting unfair competition with Plaintiffs, or constituting an infringement of Plaintiffs' Works, Plaintiffs' Marks, or of Plaintiffs' rights therein; and

(f) Aiding, assisting or abetting any other party in doing any act prohibited by sub-paragraphs (a) through (e) above.

ORDERED, ADJUDGED AND DECREED that defendants Walbooks, Inc., Anil K. Sharma, Nishant Sagar, Arjun Sagar and "Samantha" shall recall immediately from all U.S. licensees, dealers, retailers and distributors, including national websites such as ebay.com and half.com, any and all non-US versions of Plaintiffs' Works, or any other materials or products incorporating or bearing simulations, copies, variations or colorable imitations of Plaintiffs' Marks or otherwise infringing upon Plaintiffs' Works or Marks.

ORDERED, ADJUDGED AND DECREED that defendants Walbooks, Inc., Anil K. Sharma, Nishant Sagar, Arjun Sagar and "Samantha" shall turn over to Plaintiffs, within fifteen (15) business days of the entry of such Judgment, any remaining non-U.S. copies of Plaintiffs Works under their control or possession that are physically in the United States.

ORDERED, ADJUDGED AND DECREED that defendants Walbooks, Inc., Anil K. Sharma, Nishant Sagar, Arjun Sagar and "Samantha" shall file with the Court and serve upon Plaintiffs' counsel, within thirty (30) days after the entry of such Judgment, a report in writing

under oath setting forth in detail the manner and form in which the above-named defendants have complied with the same.

ORDERED, ADJUDGED AND DECREED that defendants Walbooks, Inc., Anil K. Sharma, Nishant Sagar, Arjun Sagar and "Samantha" shall pay plaintiffs in the amount of $221,117.68, representing defendants' profits from these infringing sales of plaintiffs' textbooks.

ORDERED, ADJUDGED AND DECREED that defendants Walbooks, Inc., Anil K. Sharma, Nishant Sagar, Arjun Sagar and "Samantha" shall pay plaintiffs in the amount of $45,488.10, representing the attorneys fees expended by plaintiffs in prosecuting this action.

Such aforementioned payments shall be payable by certified check made out to the client trust account of Fross Zelnick Lehrman & Zissu, P.C., 866 United Nations Plaza, New York, New York 10017, and delivered to plaintiffs' attorney, Georges Nahitchevansky, Fross Zelnick Lehrman & Zissu, P.C., 866 United Nations Plaza, New York, New York 10017.

This Court shall retain jurisdiction over this matter and the parties to construe and enforce this Judgment.

Dated: New York, New York
      August ___, 2005

_____
United States District Court Judge
10-24-04

This document was entered on the docket on _____.

4

# CERTIFICATE OF SERVICE

I hereby certify that true and correct copy of the following:

1. **NOTICE OF MOTION FOR DEFAULT JUDGMENT**

2. **AFFIDAVIT OF GEORGES H. NAHITCHEVANSKY IN SUPPORT OF DEFAULT JUDGMENT with Exhibits A - L**

3. **AFFIDAVIT OF JAMES D. WEINBERGER IN SUPPORT OF DEFAULT JUDGMENT with Exhibits M - N**

4. **DECLARATION OF RICHARD P. ESSIG IN SUPPORT OF DEFAULT JUDGMENT with Exhibit 1**

5. **DECLARATION OF MARY ROGREN IN SUPPORT OF DEFAULT JUDGMENT**

6. **DECLARATION OF LISA SUAREZ IN SUPPORT OF DEFAULT JUDGMENT**

7. **[PROPOSED] DEFAULT JUDGMENT AS TO DEFENDANTS WALBOOKS, INC., ANIL K. SHARMA, NISHANT SAGAR, ARJUN SAGAR and "SAMANTHA"**

Were served via first class mail to:

> Walbooks, Inc.
> Anil K. Sharma
> Nishant Sagar
> Arjun Sagar
> "Samantha"
> 8453 Catia Lane
> Springfield, VA 22153

On this 17th day of August 2005.

_____
Mario F. Ortiz